UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATALYA BARSUKOVA,<br>        Plaintiff<br><br>v.<br><br>HOSPITAL BILLING & COLLECTION<br>SERVICE, LTD; and DOES 1-10, inclusive,<br>        Defendant | CIVIL ACTION NO. 1:10-CV-10128-NMG |

## STIPULATION OF DISMISSAL

The parties hereby stipulate to the dismissal of all claims with prejudice and without costs. All rights of appeal are waived.

| | |
|---|---|
| NATALYA BARSUKOVA, | HOSPITAL BILLING & COLLECTION SERVICE, LTD |
| By her attorneys, | By its attorneys, |
| /s/ Jody Burton<br>Jody Burton, Esquire<br>Lemberg & Associates, L.L.C.<br>1100 Summer Street, 3rd Floor<br>Stamford, CT 06905 | /s/ John J. O'Connor<br>John J. O'Connor, BBO #555251<br>Peabody & Arnold LLP<br>Federal Reserve Plaza<br>600 Atlantic Avenue<br>Boston, MA 02210-2261<br>Tel. (617) 951-2100 |

Dated: May 11, 2010.

## CERTIFICATE OF SERVICE

I, John J. O'Connor, hereby certify that on the 11th day of May, 2010, I served the attached by causing a copy thereof to be sent via ECF:

>Jody Burton, Esquire
>Lemberg & Associates, L.L.C.
>1100 Summer Street, 3rd Floor
>Stamford, CT  06905

_____
John J. O'Connor

722739_1